BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00359-CKD |
| Plaintiff, ) | ORDER VACATING TRIAL CONFIRMATION HEARING, VACATING JURY TRIAL, AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. ) | |
| LYLE S.G. DIZON, ) | DATE: November 29, 2012 |
| ) | TIME:  9:30 a.m. |
| Defendant. ) | COURT: Hon. Carolyn K. Delaney |

It is hereby ordered that the Trial Conference Hearing set for November 29, 2012 and the Jury Trial set for December 10, 2012 is VACATED.  It is further ordered that a Change of Plea and Sentencing is set for November 29, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: November 2, 2012         /s/ Carolyn K. Delaney
                                _____
                                HON. CAROLYN K. DELANEY
                                United States Magistrate Judge